STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 083013)
MARCOS D. SASSO (State Bar No. 228905)
2029 Century Park East
Los Angeles, California  90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
*lacalendar@stroock.com*

Attorneys for Defendant
  CITIBANK, N.A.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSS SMALL, and individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITIBANK, N.A., a bank, PRO CONSULTING SERVICES, INC., a corporation, MCCARTHY, BURGESS & WOLFF,<br><br>Defendants. | Case No. 5:15-cv-00707-PSG-SP<br><br>Assigned to the Hon. Philip S. Gutierrez<br><br>**STIPULATION REGARDING ARBITRATION**<br><br>Action Filed:  April 10, 2015 |

# STIPULATION

WHEREAS, on April 10, 2015, plaintiff Ross Small ("Plaintiff") filed the instant action against defendant Citibank, N.A., Pro Consulting Services Inc. and McCarthy, Burgess & Wolff (collectively, "Defendants"), regarding Plaintiff's Citibank accounts.

WHEREAS, Plaintiff and Defendants, through their counsel of record, hereby stipulate to stay this action and submit all claims to binding arbitration before the American Arbitration Association pursuant to the arbitration provision contained in the Agreements collectively attached hereto as Exhibit 1.

IT IS SO STIPULATED.

Dated: July 17, 2015　　　　　　　　　ROBINSON BRADFORD LLP
　　　　　　　　　　　　　　　　　　　MATTHEW C. BRADFORD

　　　　　　　　　　　　　　　　　　　TRAHAN LAW GROUP
　　　　　　　　　　　　　　　　　　　IVAN TRAHAN


　　　　　　　　　　　　　　　　　　　By: _____/s/ Matthew C. Bradford_____
　　　　　　　　　　　　　　　　　　　　　　　Matthew C. Bradford

　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　ROSS SMALL

Dated: July 17, 2015　　　　　　　　　STROOCK & STROOCK & LAVAN LLP
　　　　　　　　　　　　　　　　　　　JULIA B. STRICKLAND
　　　　　　　　　　　　　　　　　　　MARCOS D. SASSO


　　　　　　　　　　　　　　　　　　　By: _____/s/ Marcos D. Sasso_____
　　　　　　　　　　　　　　　　　　　　　　　Marcos D. Sasso

　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　CITIBANK, N.A.

| | |
|---|---|
| Dated: July 17, 2015 | MANION GAYNOR & MANNING LLP<br>DAVID DAVIDSON |

By: _____*/s/ David Davidson*_____
          David Davidson

Attorneys for Defendant
  PRO CONSULTING SERVICES INC.

Dated: July 17, 2015    MCCARTHY, BURGESS & WOLFF, INC.
                                      RANDI L. NINE, IN HOUSE COUNSEL

By: _____*/s/ Randi Nine*_____
          Randi Nine

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

3

STIPULATION REGARDING ARBITRATION
Case No. 5:15-cv-00707-PSG-SP

LA 51890940

## CERTIFICATE OF SERVICE

I hereby certify that on **July 17, 2015**, a copy of the foregoing **STIPULATION REGARDING ARBITRATION** was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's EM/ECF System.

/s/ Marcos D. Sasso
Marcos D. Sasso