# Exhibit A

such use. You will give us reasonable help in any investigation about use of the card or account. You will also give us reasonable cooperation in any prosecution or other litigation about such use.

**Collection Costs.** To the extent permitted by law, you are liable to us for our legal costs if we refer collection of your account to a lawyer who is not our salaried employee. These costs may include reasonable attorneys' fees. They may also include costs and expenses of any legal action.

**Assignment.** We may assign any or all of our rights and obligations under this Agreement to a third party.

**Notify Us In Case of Errors or Questions About Your Bill.**
If you think your billing statement is wrong, or if you need more information about a transaction on your billing statement, write to us (on a separate sheet) as soon as possible at the billing errors address on the front of your statement. We must hear from you in writing no later than 60 days after we sent you the first statement on which the error or problem appeared.

In your letter, give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

### For Further Information
Call us toll-free for further information. Call the toll-free Customer Service telephone number shown on the billing statement or on the back of your card. You can also call local or toll-free Directory Assistance to get our telephone number.

Ken Stork
President & CEO

Citibank (South Dakota), N.A.
P.O. Box 6000
Sioux Falls, SD 57117

© 2009 Citibank (South Dakota), N.A.

202ST50409                                              4/09

# CARD AGREEMENT

This Card Agreement is your contract with us. It governs the use of your card and account. Please read this Agreement carefully. Keep it for your records.

### FACTS ABOUT RATES AND FEES
This is a summary of rates and fees on your account. Please see the related sections of this Agreement for more complete information.

### RATES—FINANCE CHARGES
**Purchase APR.** 23.99%.

**Cash Advance APR.** 29.90%.

**Default APR.** 29.99%. All APRs may automatically increase to the default APR if you do not make the minimum payment when due, go over the credit line, or make a payment to us that is not honored.

**Minimum Finance Charge.** $2.

### TRANSACTION FEE—FINANCE CHARGE
**Cash Advance Fee.** 5% of each cash advance; $5 minimum.

### OTHER FEES
**Late Fee.** $15 on balances up to $100; $29 on balances of $100 up to $250; and $39 on balances of $250 and over.

**Returned Payment Fee.** $39.

**Returned Cash Convenience Check Fee.** $39.

**Stop Payment on Cash Convenience Check Fee.** $39.

**When can we change the rates, fees, and terms of this Agreement?** We may change the rates, fees, and terms of this Agreement at any time for any reason. These reasons may be based on information in your credit report or general market conditions. If the change will cause a rate or fee to increase, you will receive advance notice and a right to opt out. If you opt out, we will close your account. You can then pay the remaining balance under the old rates, fees, and terms.

### Definitions
*account* means the relationship established between you and us by this Agreement. This includes any sub-account we establish for you or any authorized user.

***APR*** means an annual percentage rate.

***authorized user*** means any person you allow to use your account.

***card*** means one or more cards or other access devices that we give you to get credit under this Agreement. This includes account numbers.

***we, us,*** **and** ***our*** mean Citibank (South Dakota), N.A., the issuer of your account.

***you, your,*** **and** ***yours*** mean any entity or organization that applied to open the account. (This could be, for example, a corporation, limited liability company, or partnership. It could also be a sole proprietorship or association.) It also means any successors to that entity or organization.

## Your Account

You agree to use your account in accordance with this Agreement. You must pay us for all amounts due on your account. This Agreement is binding on you unless you close your account within 30 days after receiving the card and you have not used or authorized use of the card. Your account must only be used for lawful transactions.

**Business Purpose.** You agree that your account is a business account. You agree that each use of the card is a loan from us to you for commercial and business purposes. You agree that the account will be used only for such purposes. You therefore agree that the account will not be used for personal, family, or household purposes. This applies to use of the account by you and by authorized users. But you will still be liable to us for any use of the account for personal, family, or household purposes by you or authorized users. This applies even if the use does not benefit you. Because this is a business account, you understand that certain federal and state consumer protection laws do not apply to it.

**Authorized Users.** You may request additional cards for authorized users. You must pay us for all charges made by authorized users. You must pay us even if you did not intend to be responsible for those charges. You are responsible for controlling authorized users. We are not responsible for controlling them.

We may cancel an authorized user's right to use your account at any time. We may do this for any reason. We may do this without prior notice to you or the authorized user. You also may cancel an authorized user's right to use your account

at any time. To do this, you must notify us in writing of the cancellation. After a cancellation, you must promptly retrieve any cards given to an authorized user. You must promptly destroy all cards unless we tell you otherwise. You must do these things whether the cancellation was begun by us or you. When you begin the cancellation, you must also inform the authorized user of the cancellation. You must tell the authorized user to stop using the card and your account immediately. If an authorized user brings a claim of wrongful cancellation against us because of a cancellation begun by you, the claim is your responsibility. You agree to indemnify and hold harmless us and our parent company, subsidiaries and affiliates from any losses, damages or other liability arising from the claim.

**Credit Line.** Your initial credit line is on the card carrier. After that, your credit line appears on your billing statement. The full amount of your credit line is available to use where the card is honored. We will notify you separately if your account has a cash advance feature. If it does, part of your credit line is called the cash limit. It is available for cash advances. If your account does not have a cash advance feature, the terms of this Agreement relating to cash advances do not apply to your account. We may reduce or increase your credit line or cash limit at any time for any reason. We will notify you of any change, but the change may take effect before you receive the notice. You should always keep your total balance below the credit line. However, if the total balance goes over your credit line you still must pay us. If your account has a credit balance, we may reduce the credit balance by any new charges on your account. You may not maintain a credit balance in excess of your credit line.

**Checks.** We may provide you with cash convenience checks. You may use them to get a cash advance. Use of a cash convenience check will be a cash advance even if you use the check to make a payment to another creditor. You may not use cash convenience checks to pay an amount owed to us under this Agreement or any other Card Agreement you have with us. We do not certify these checks or return any checks that have been paid.

**Billing Statement.** Your billing statement shows the New Balance. This is the total amount you owe us on the Closing Date. To determine the New Balance, we begin with the total balance at the start of the billing period. We add any purchases or cash advances. We subtract any credits or payments. We then add any periodic finance charges or fees and make other adjustments.

2

3

Your billing statement also shows your transactions; the minimum payment due and payment due date; your credit line and cash limit; and your periodic finance charges and fees. On the statement, a regular purchase balance will appear under the heading "regular revolve credit plan." A regular cash advance balance will appear under the heading "cash advances."

We deliver a billing statement to only one address. You must notify Customer Service of a change in address. We may stop sending you statements if we deem your account uncollectible. We may also stop sending you statements if we send your account to an outside agency or attorney for collection. Periodic finance charges and fees continue to add up even if we stop sending statements.

## APRs

**Purchase APR.** The **ANNUAL PERCENTAGE RATE** for regular purchases is 23.99%. This APR equals a daily periodic rate of 0.06572%.

**Cash Advance APR.** The **ANNUAL PERCENTAGE RATE** for regular cash advances is 29.90%. This APR equals a daily periodic rate of 0.08191%.

**Default APR.** Your APRs (including promotional APRs) on your balances (including any purchase balances and accrued finance charges on those balances subject to promotional terms) may automatically increase to the default APR, and your promotional terms may end, if you default because you
- do not make the minimum payment when due,
- go over the credit line, or
- make a payment to us that is not honored.

The default **ANNUAL PERCENTAGE RATE** is up to 29.99%. This APR equals a daily periodic rate of up to 0.08216%. We set your default APR by reviewing the seriousness of your default with us and your credit history. The default APR takes effect as of the first day of the billing period in which you default. We will lower the APR for all balances at the default APR if you meet the terms of the Card Agreement for twelve billing periods in a row. We may lower these APRs sooner based on your record with us.

**Effect of APR Increases.** If an APR increases, periodic finance charges increase. Your minimum payment may increase as well.

## Promotions

We may offer you promotional terms for all or a part of any balances. Any promotional terms may apply for a limited period of time. They will be governed by the terms of the promotional offer and this Agreement. They may include the No Interest and 0% offers described below. Your promotional terms may end if you default under the Card Agreement because you
- do not make the minimum payment when due,
- go over the credit line, or
- make a payment to us that is not honored.

**No Interest.** No finance charges will be imposed on this balance if you pay the balance in full by the end of the promotional period. We will impose finance charges on this balance if you do not pay the balance in full by the end of the promotional period or the promotional terms are terminated. We will impose these finance charges from the date of purchase until the balance is paid in full. The promotional offer will specify the amount of any minimum payment required on this balance.

**0%.** No finance charges are imposed on this balance during the promotional period. The promotional offer will specify the amount of any minimum payment required on this balance.

## Periodic Finance Charges Based on APRs

**Periodic Finance Charges.** We impose periodic finance charges when we apply APRs to your account balances. We do this every day by using a daily periodic rate. To get a daily periodic rate, we divide the APR by 365.

**When Periodic Finance Charges Begin.** Periodic finance charges begin the first day we add a charge to a daily balance. The charges we add to a daily balance include purchases and cash advances. They also include finance charges and fees. We continue to impose periodic finance charges until we credit your account with full payment of the total amount you owe us.

**Grace Period on Purchases.** You can avoid periodic finance charges on purchases, but not on cash advances. This is called a grace period on purchases. The grace period is at least 20 days. To get the grace period on purchases, pay the following amounts by the due date every billing period:
- the New Balance (subject to the Promotional Balance Exceptions), plus
- the minimum monthly payments required for your No Interest and 0% balances.

If you do not, you will not get a grace period unless you pay the above amounts by the due date for two billing periods in a row.

The Promotional Balance Exceptions are as follows:
- You do not have to pay any No Interest or 0% balances that do not expire by the Next Closing Date shown on the billing statement.

4

5

- You can pay any No Interest or 0% balances that do expire by the Next Closing Date shown on the statement by the later of the promotion's expiration date or the statement's payment due date.

In addition, certain promotional offers may take away the grace period on purchases. Other promotional offers not described above may also allow you to have a grace period on purchases without having to pay all or a portion of the promotional balance by the due date. If either is the case, the promotional offer will describe what happens.

**Calculation of Periodic Finance Charges.** We calculate periodic finance charges each billing period. To do this:

- We start with each of your different balances. These balances include, for example, regular purchases, regular cash advances, and different promotional balances. (Purchases made under the same promotional terms, including APR and expiration date, will be part of the same promotional balance.)
- We calculate the daily balance for each of your different balances. To get a daily balance, we start with the balance as of the end of the previous day. We add any periodic finance charge on the previous day's balance. (This results in daily compounding of finance charges.) We add any new charges. We then subtract any new credits or payments.
- We multiply each daily balance by the daily periodic rate that applies to it. We do this for each day in the billing period. This gives us the daily periodic finance charges for each of your different balances.
- We add up all the daily periodic finance charges. The sum is the total periodic finance charge for the billing period. You authorize us to round the total periodic finance charge to the nearest cent.

When we calculate daily balances, we add a purchase or cash advance as of the Transaction Date. (The Transaction Date for a cash advance is the date we get a request to complete a cash convenience check. When you send a cash convenience check directly to someone, the Transaction Date is the date we receive the check for payment. The Transaction Date is on the billing statement.) We add a transaction fee to the same balance as the transaction. We subtract a payment or credit as of the day it is credited to the account and then make other adjustments. We treat a credit balance as a balance of zero.

**Balance Subject to Finance Charge.** For each different balance, your statement shows any Balance Subject to Finance Charge.

The Balance Subject to Finance Charge is the average of the daily balances during the billing period. A billing period begins on the day after the Closing Date of the previous billing period. It includes the Closing Date of the current billing period.

You can use your billing statement to calculate periodic finance charges. For each different balance, multiply the Balance Subject to Finance Charge by its daily periodic rate. Multiply that amount by the number of days in the billing period. The result is the total periodic finance charge on that balance. Rounding may cause a small difference.

**Minimum Finance Charge.** If the total periodic finance charge is less than $2, we charge a minimum **FINANCE CHARGE** of $2. We add the additional amount to the regular purchase balance or to one or more of the balances that is assessed a periodic finance charge.

## Transaction Fee

**Transaction Fee for Cash Advances.** You take a cash advance if you use a cash convenience check; get money through an automated teller machine (ATM); get money through a financial institution; or engage in a similar transaction. For each cash advance we add a transaction fee **FINANCE CHARGE**. This fee is 5% of the amount of the cash advance, but not less than $5.

## Other Fees

**Late Fee.** We add a late fee for each billing period you do not pay the Minimum Payment Due by the payment due date. This fee is based on your account balance as of the Transaction Date shown on your statement for the late fee. The fee is $15 on balances up to $100; $29 on balances of $100 up to $250; and $39 on balances of $250 and over. We add this fee to the regular purchase balance.

**Returned Payment Fee.** We add a $39 fee if a payment check or similar instrument is not honored or if it is returned because it cannot be processed. We also add this fee if an automatic debit is returned unpaid. We assess this fee the first time your check or payment is not honored, even if it is honored upon resubmission. We add this fee to the regular purchase balance.

**Returned Cash Convenience Check Fee.** We add a $39 fee if we do not honor a cash convenience check. We may not honor these checks if the amount of the check would cause the balance to go over the cash limit or credit line. We also may not honor these checks if you default; if you did not comply with our instructions regarding the check; if your account has been closed; or for other reasons. We add this fee to the regular cash advance balance.

**Stop Payment on Cash Convenience Check Fee.** We add a $39 fee if we honor your request to stop payment on a cash convenience check. Write us at P.O. Box 653054, Dallas, TX 75265, to stop payment on a cash convenience check. You can also call the Customer Service number on the billing statement. If you call, you must confirm the call in writing within 14 days. A written stop payment order is good for 6 months unless renewed in writing. We add this fee to the regular cash advance balance.

## Information on Foreign Currency Conversion

If you take a cash advance in a foreign currency at a branch or ATM of one of our affiliates, an affiliate of ours will convert it into U.S. dollars. Our affiliate currently uses a conversion rate in effect on its processing date. It uses a government-mandated rate if required to do so. If not, it uses a mid-point market rate. Our affiliate's procedure may change from time to time without notice. If you take a cash advance in a foreign currency anywhere else, MasterCard will convert it into U.S. dollars. MasterCard follows its own operating regulations or procedures. MasterCard currently uses a conversion rate in effect one day before its transaction processing date. It uses a government-mandated rate if required to do so. If not, it uses a wholesale market rate. The procedures may change from time to time without notice. The conversion rate you get is the one used on the transaction's processing date. This may be different from the one in effect on the Transaction Date.

### Payments

**Minimum Payment Due.** You must pay at least the Minimum Payment Due by the payment due date each billing period. The sooner you pay the New Balance, the less you will pay in periodic finance charges.

We calculate the Minimum Payment Due as follows. We begin with any past due amount. We add any additional amount specified in a promotional offer. We then add the largest of the following:

- The Calculated New Balance if it is less than $25.
- $25 if the Calculated New Balance is at least $25.
- 1% of the Calculated New Balance plus your billed periodic finance charges on the Calculated New Balance and any applicable late fee (the result is rounded up to the nearest dollar). For this purpose, billed periodic finance charges do not include periodic finance charges that accrued during prior billing periods on a No Interest or other promotional balance that ended during the billing period covered by the statement. Or

8

- 4.16% of the Calculated New Balance (the result is rounded up to the nearest dollar).

The Calculated New Balance equals the New Balance on the billing statement less any balances subject to either of two types of promotional terms. The first are terms that do not require a minimum payment. The second are terms that require an additional amount as part of the Minimum Payment Due. The Minimum Payment Due never exceeds your Calculated New Balance plus any required additional amount specified in a promotional offer. In calculating the Minimum Payment Due, certain fees added to your account during the billing period.

**Application of Payments.** You authorize us to apply payments and credits in a way that is most favorable or convenient for us. This may include applying payments and credits to low APR balances first.

**Payment Instructions.** We credit your payments in accordance with our payment instructions on the billing statement. You must pay us in U.S. dollars. To do so, you must use a check, similar instrument, or automatic debit that is drawn on and honored by a bank in the U.S. Do not send cash. We can accept late or partial payments, or payments that reflect "paid in full" or other restrictive endorsements, without losing our rights. We also reserve the right to accept payments made in foreign currency and instruments drawn on funds on deposit outside the U.S. If we do, we select the currency conversion rate. We will then credit your account in U.S. dollars after deducting any costs incurred in processing your payment. Or we may bill you separately for these costs.

**Optional Pay by Phone Service.** You may use our optional Pay by Phone Service to make your payment by phone. To do so, call us to request the service. Each time you do, you agree to pay us the amount shown in the Pay by Phone section on the back of the billing statement. Our representatives are trained to tell you this amount whenever you call to use the service.

### Credit Reporting

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. We may also obtain follow-up credit reports on you.

If you think we reported incorrect information to a credit bureau, write us at the Customer Service address on the

9

billing statement. We will investigate the matter. We will then tell you if we agree or disagree with you. If we agree with you, we will contact each credit bureau to which we reported and request a correction. If we disagree with you, we will tell you that.

## Changes to this Agreement

We may change the rates, fees, and terms of this Agreement at any time for any reason. These reasons may be based on information in your credit report or general market conditions. Any changes we make may add, replace, or remove provisions of this Agreement. They may also change your rights and obligations under this Agreement as well as ours. These changes are binding on you unless you have the right to opt out and you choose to opt out by following our instructions.

You will have a right to opt out if the change will cause a rate or fee to increase. In that case, we will mail you advance written notice of the change. We will do this at least 15 days before the beginning of the billing period in which the change takes effect. If you do not agree to the change, you can opt out by contacting us. You must do this within 25 days of the effective date of the change. If you opt out, we will close your account. You can then pay the remaining balance under the old rates, fees, and terms. If you use the card after the effective date of a change, you will be deemed to have accepted the change. This applies even if the 25 day opt out period has not expired.

## Default

You default under this Agreement if you fail to pay the Minimum Payment Due by its due date; go over your credit line; pay by a check or similar instrument that is not honored or that we must return because it cannot be processed; pay by automatic debit that is returned unpaid; fail to comply with the terms of this Agreement or have made any false or misleading statements on the application for your account. You also default under this Agreement if you become insolvent; suffer an attachment, execution, or levy against you or your property; make an assignment for the benefit of creditors; file a bankruptcy petition or have one filed against you; have a guardian, conservator, receiver, custodian or trustee appointed for you; are generally not paying your debts as they become due; or experience an adverse change in your financial standing. You also default under this Agreement if you agree to, become subject to, or experience a material change in the nature of your business; a cessation of ongoing business operations; a change in the control or structure of you or your business; or the sale or other transfer of all or substantially all of your assets. If you default, we may close your account and demand immediate payment of the total balance.

## Refusal of the Card, Closed Accounts, and Related Provisions

**Refusal of the Card.** We do not guarantee approval of transactions. We are not liable for transactions that are not approved. That is true even if you have enough credit. We may limit the number of transactions approved in one day. If we detect unusual or suspicious activity, we may suspend your credit privileges.

**Preauthorized Charges.** We may suspend any automatic or other preauthorized card charges you arrange with a third party. We may do this if you default; if the card is lost or stolen; or we change your account for any reason. If we do this, you are responsible for paying the third party directly if you wish to do so. You are also responsible for reinstating the preauthorized charges if you wish to do so and we permit it.

**Lost or Stolen Cards, Account Numbers, or Cash Convenience Checks.** You must call us if any card, account number, or check is lost or stolen. You must also call us if you think someone used or may use them without permission. When you call, we may require you to provide information to help our investigation. We may require you to provide this information in writing. For example, we may ask you to identify any charges that were not made by you or someone authorized by you. We may also ask you to confirm that you received no benefit from those charges.

**Unauthorized Use Liability.** You agree to be liable for any unauthorized use of your account if we have, at your request, issued ten (10) or more cards for use by your employees. (This includes any unauthorized use of cards or account numbers.) This waives all limitations on your liability for unauthorized use of your account under the federal Truth in Lending Act. This waiver is allowed by Section 135 of that Act.

**Closing Your Account.** You may close your account by notifying us in writing or over the phone. When you do, you must promptly retrieve and, unless we instruct you otherwise, destroy all cards issued on your account. If you close your account, you must still repay the total balance in accordance with this Agreement. We may also close your account or suspend account privileges at any time for any reason. We may do this without prior notice to you. We may also reissue a different card at any time. You must return any card to us upon request.

10

11

# ARBITRATION

***PLEASE READ THIS PROVISION OF THE AGREEMENT CAREFULLY.* IT PROVIDES THAT ANY DISPUTE MAY BE RESOLVED BY BINDING ARBITRATION. ARBITRATION REPLACES THE RIGHT TO GO TO COURT, INCLUDING THE RIGHT TO A JURY AND THE RIGHT TO PARTICIPATE IN A CLASS ACTION OR SIMILAR PROCEEDING. IN ARBITRATION, A DISPUTE IS RESOLVED BY AN ARBITRATOR INSTEAD OF A JUDGE OR JURY. ARBITRATION PROCEDURES ARE SIMPLER AND MORE LIMITED THAN COURT PROCEDURES.**

*Agreement to Arbitrate:* Either you or we may, without the other's consent, elect mandatory, binding arbitration for any claim, dispute, or controversy between you and us (called "Claims").

## Claims Covered

**What Claims are subject to arbitration?** All Claims relating to your account, a prior related account, or our relationship are subject to arbitration, including Claims regarding the application, enforceability, or interpretation of this Agreement and this arbitration provision. All Claims are subject to arbitration, no matter what legal theory they are based on or what remedy (damages, or injunctive or declaratory relief) they seek. This includes Claims based on contract, tort (including intentional tort), fraud, agency, your or our negligence, statutory or regulatory provisions, or any other sources of law; Claims made as counterclaims, cross-claims, third-party claims, interpleaders or otherwise; and Claims made independently or with other claims. A party who initiates a proceeding in court may elect arbitration with respect to any Claim advanced in that proceeding by any other party. Claims and remedies sought as part of a class action, private attorney general or other representative action are subject to arbitration on an individual (non-class, non-representative) basis, and the arbitrator may award relief only on an individual (non-class, non-representative) basis.

**Whose Claims are subject to arbitration?** Not only ours and yours, but also Claims made by or against anyone connected with us or you or claiming through us or you, such as a co-applicant or authorized user of your account, an employee, agent, representative, affiliated company, predecessor or successor, heir, assignee, or trustee in bankruptcy.

**What time frame applies to Claims subject to arbitration?** Claims arising in the past, present, or future, including Claims arising before the opening of your account, are subject to arbitration.

**Broadest interpretation.** Any questions about whether Claims are subject to arbitration shall be resolved by interpreting this arbitration provision in the broadest way the law will allow it to be enforced. This arbitration provision is governed by the Federal Arbitration Act (the "FAA").

**What about Claims filed in Small Claims Court?** Claims filed in a small claims court are not subject to arbitration, so long as the matter remains in such court and advances only on an individual (non-class, non-representative) Claim.

## How Arbitration Works

**How does a party initiate arbitration?** The party filing an arbitration must choose one of the following two arbitration firms and follow its rules and procedures for initiating and pursuing an arbitration: American Arbitration Association or National Arbitration Forum. Any arbitration hearing that you attend will be held at a place chosen by the arbitration firm in the same city as the U.S. District Court closest to your then current billing address, or at some other place to which you and we agree in writing. You may obtain copies of the current rules of each of the arbitration firms and forms and instructions for initiating an arbitration by contacting them as follows:

American Arbitration Association
1633 Broadway, Floor 10
New York, NY 10019
Web site: www.adr.org

National Arbitration Forum
P.O. Box 50191
Minneapolis, MN 55405
Web site: www.arbitration-forum.com

At any time you or we may ask an appropriate court to compel arbitration of Claims, or to stay the litigation of Claims pending arbitration, even if such Claims are part of a lawsuit, unless a trial has begun or a final judgment has been entered. Even if a party fails to exercise these rights at any particular time, or in connection with any particular Claims, that party can still require arbitration at a later time or in connection with any other Claims.

**What procedures and law are applicable in arbitration?** A single, neutral arbitrator will resolve Claims. The arbitrator will be either a lawyer with at least ten years experience or a

12

13

retired or former judge, selected in accordance with the rules of the arbitration firm. The arbitration will follow procedures and rules of the arbitration firm in effect on the date the arbitration is filed unless those procedures and rules are inconsistent with this Agreement, in which case this Agreement will prevail. Those procedures and rules may limit the discovery available to you or us. The arbitrator will take reasonable steps to protect customer account information and other confidential information if requested to do so by you or us. The arbitrator will apply applicable substantive law consistent with the FAA and applicable statutes of limitations, will honor claims of privilege recognized at law, and will have the power to award to a party any damages or other relief provided for under applicable law. You or we may choose to have a hearing and be represented by counsel. The arbitrator will make any award in writing and, if requested by you or us, will provide a brief statement of the reasons for the award. An award in arbitration shall determine the rights and obligations between the named parties only, and only in respect of the Claims in arbitration, and shall not have any bearing on the rights and obligations of any other person, or on the resolution of any other dispute.

**Who pays?** Whoever files the arbitration pays the initial filing fee. If we file, we pay; if you file, you pay, unless you get a fee waiver under the applicable rules of the arbitration firm. If you have paid the initial filing fee and you prevail, we will reimburse you for that fee. If there is a hearing, we will pay any fees of the arbitrator and arbitration firm for the first day of that hearing. All other fees will be allocated as provided by the rules of the arbitration firm and applicable law. However, we will advance or reimburse your fees if the arbitration firm or arbitrator determines there is good reason for requiring us to do so, or if you ask us and we determine there is good reason for doing so. Each party will bear the expense of that party's attorneys, experts, and witnesses, and other expenses, regardless of which party prevails, but a party may recover any or all expenses from another party if the arbitrator, applying applicable law, so determines.

**Who can be a party?** Claims must be brought in the name of an individual person or entity and must proceed on an individual (non-class, non-representative) basis. The arbitrator will not award relief for or against anyone who is not a party. If you or we require arbitration of a Claim, neither you, we, nor any other person may pursue the Claim in arbitration as a class action, private attorney general action or other repre-

sentative action, nor may such Claim be pursued on your or our behalf in any litigation in any court. Claims, including assigned Claims, of two or more persons may not be joined or consolidated in the same arbitration. However, applicants, co-applicants, authorized users on a single account and/or related accounts, or corporate affiliates are here considered as one person.

**When is an arbitration award final?** The arbitrator's award is final and binding on the parties unless a party appeals it in writing to the arbitration firm within fifteen days of notice of the award. The appeal must request a new arbitration before a panel of three neutral arbitrators designated by the same arbitration firm. The panel will consider all factual and legal issues anew, follow the same rules that apply to a proceeding using a single arbitrator, and make decisions based on the vote of the majority. Costs will be allocated in the same way they are allocated for arbitration before a single arbitrator. An award by a panel is final and binding on the parties after fifteen days has passed. A final and binding award is subject to judicial review and enforcement as provided by the FAA or other applicable law.

### Survival and Severability of Terms

This arbitration provision shall survive: (i) termination or changes in the Agreement, the account, or the relationship between you and us concerning the account; (ii) the bankruptcy of any party; and (iii) any transfer, sale or assignment of your account, or any amounts owed on your account, to any other person or entity. If any portion of this arbitration provision is deemed invalid or unenforceable, the entire arbitration provision shall not remain in force. No portion of this arbitration provision may be amended, severed or waived absent a written agreement between you and us.

## Governing Law and Enforcing our Rights

**Governing Law.** Federal law and the law of South Dakota, where we are located, govern the terms and enforcement of this Agreement.

**Enforcing this Agreement.** We will not lose our rights under this Agreement because we delay in enforcing them or fail to enforce them.

**Information Requests.** You will give us any information that we may lawfully request about use of the card or account. This includes any use by you or an authorized user. You will give us any documents that we may reasonably request about

14

15

your credit line you must still pay us. We may approve transactions that cause you to exceed your credit line without waiving any of our rights under this Agreement.

**Additional Cards:**

You may request additional cards on your account for yourself or others and you may permit an authorized user to have access to the card or account number. However, if you do, you must pay us for all charges made by those persons, including charges for which you may not have intended to be responsible. You must notify us to revoke an authorized user's permission to use your account. If you do so, we may close the account and issue a new card or cards with a different account number. You are responsible for the use of each card issued on your account according to the terms of this Agreement.

**Billing:**

Your billing statement shows the total balance, any finance charges, fees, the minimum payment due, and the payment due date. It also shows your current credit line; an itemized list of current charges, debits, payments and credits; a finance charge summary; and other important information. If we deem your account uncollectible or if we institute delinquency collection proceedings by sending it to an outside collection agency or attorney for collection, we may, in our sole discretion, stop sending you billing statements. However, finance charges and fees and make other applicable adjustments.

You must notify us of a change in your address by contacting Customer Service by telephone or mail. We will mail or deliver the billing statement to only one address.

**How We Determine the Balance:**

The total outstanding balance (the amount you owe us) appears as the "New Balance" on the billing statement. To determine the New Balance, we begin with the outstanding balance on your account at the beginning of each billing period, called the "Previous Balance" on the billing statement. We add any purchases and subtract any credits or payments credited as of that billing period. We then add any appropriate finance charges and fees and make other applicable adjustments.

**Annual Percentage Rate for Purchases:**

The **ANNUAL PERCENTAGE RATE** for purchases is 20.80%, which corresponds to a daily periodic rate of .05698%. The daily periodic rate is the annual percentage rate divided by 365.

**Promotions:**

At our discretion, we may offer you promotional terms for all or a part of any balances. The period of time for which the promotion applies may be limited. Any promotion will be subject to the terms of the offer and this Agreement. Promotional offers , other than 0% offers, will terminate if, at any time during the billing period in which you make the transaction that may be subject to the offer, or at any time

during the promotional period, any minimum payment remains unpaid on the payment due date that immediately follows the original payment due date for that payment. Promotional offers may include the No Interest and 0% offers described below.

- No Interest. No finance charges will be imposed on this balance if you pay the amount of the balance in full within the promotional period. If you do not pay the balance in full prior to the expiration of the promotional period or if the promotional offer is otherwise terminated, finance charges on this balance will be imposed from the date of purchase until the balance is paid in full. The promotional offer will specify the amount of the minimum payment required on this balance, if any.

- 0%. No finance charges are imposed on this balance during the promotional period. The promotional offer will specify the amount of the minimum payment required on this balance, if any.

**Finance Charges:**

Finance charges begin to accrue on a purchase, fee, or finance charge from the date it is added to the daily balance, as described below, and continue to accrue until payment in full is credited to your account. However, if you paid the New Balance, plus the minimum monthly payments required for your No Interest and 0% balances, on the last billing statement by the payment due date on that statement, you have until the payment due date on the current statement to pay your New Balance plus the minimum monthly payments required for your No Interest and 0% balances to avoid additional finance charges on purchases, provided that for promotional balances you may take advantage of the following (the "Promotional Balance Exceptions"):

- First, you can subtract from the New Balance any No Interest or 0% balances that do not expire by the Next Closing Date shown on the statement.

- Second, you can pay any No Interest or 0% balances that do expire by the Next Closing Date shown on the statement by the later of the promotion's expiration date or the billing statement's payment due date.

We calculate periodic finance charges separately for each balance subject to different terms (e.g., purchases made pursuant to promotional offers, other regular revolve credit plan purchases). Multiple purchases made pursuant to the same promotional terms, including expiration date, shall be part of the same balance.

We calculate the periodic finance charges for each purchase balance in two steps, as follows:

- First, for each day of the current billing period, we multiply the daily balance by the daily periodic rate for that balance.

multiply the daily balance for purchases made in that billing period by the daily periodic rate for that billing period for that balance. However, we do not perform this second calculation if we received payment in full of the New Balance, plus the minimum monthly payments required for your No Interest and 0% balances, on your previous billing statement by the payment due date on that statement (subject to the Promotional Balance Exceptions described above) or if a periodic finance charge was already billed on that balance.

For finance charge calculation purposes, the billing period begins on the day after the Closing Date of the previous billing period and includes the Closing Date of the current billing period. The number of days in the billing period may vary.

To get the daily balance, we take the beginning balance for each balance every day (which may include unpaid finance charges from previous billing periods), add any new transactions, any new fees, and any finance charge on the previous day's balance, subtract any credits or payments credited as of that day, and make other adjustments. Unless we elect to use a later date, we add a new purchase to the appropriate purchase balance as of the transaction date shown on your billing statement. A credit balance is treated as a balance of zero.

The total periodic finance charge for the billing period equals the sum of the daily periodic finance charges for each balance for each day during that billing period, plus the daily periodic finance charges for each purchase balance, if any apply, for each day of the previous billing period. You authorize us to round the total periodic finance charge to the nearest cent.

Each Balance Subject to Finance Charge on the billing statement is the average of the respective daily balances during the applicable billing period. For each purchase balance, if you multiply the corresponding current billing period Balance Subject to Finance Charge by the number of days in the billing period and by the applicable daily periodic rate, and you multiply any corresponding previous billing period Balance Subject to Finance Charge by the number of days in that billing period and by the applicable daily periodic rate, and add those two figures together, the result will be the periodic finance charges assessed for that balance, except for minor variations caused by rounding. This method of calculating the balance subject to finance charge and the periodic finance charges results in daily compounding of finance charges.

**Minimum Finance Charge:**

If finance charges based on periodic rates are being added to your account, but the total of such finance charges is less than $1.50, we assess a minimum **FINANCE CHARGE**, based on periodic rates, of $1.50. We add the amount to the balance that is being assessed a finance charge. If more than one

minimum finance charge among such balances at our discretion.

**Credit Balance:**

You may not maintain a credit balance on your account in excess of your assigned credit line. We will return to you any credit amount over $1.00 if the amount has been on your account longer than three months. You may request a refund of a credit balance at any time. We may reduce the amount of any credit balance by the amount of new charges billed to your account.

**Minimum Payment Due:**

Each month you must pay a minimum amount that is calculated as follows. First, we begin with any amount that is past due. Second, we add any additional amount specified in a promotional offer. Third, we add the largest of the following:

- The Calculated New Balance if it is less than $25;
- $25 if the Calculated New Balance is at least $25;
- 1% of the Calculated New Balance plus the amount of your billed finance charges on the Calculated New Balance (excluding any Accrued Finance Charges on the billing statement for a No Interest balance that ended during the billing period covered by the statement and any finance charges imposed for the previous billing period) and any applicable late fee (which calculation is rounded up to the nearest dollar); or
- 1/24th of the Calculated New Balance (which calculation is rounded up to the nearest dollar).

The Calculated New Balance equals the New Balance on the billing statement less any balance subject to promotional terms that either do not require a minimum payment or that require an additional amount as part of the Minimum Payment Due. The Minimum Payment Due will never exceed your New Balance (less any promotional balance that does not require a minimum payment). In calculating the Minimum Payment Due, we may subtract from the New Balance certain fees added to your account during the billing period.

**Payments:**

You must pay at least the minimum payment due by the payment due date, and you may pay more at any time without a penalty. The New Balance shown on your billing statement may include amounts subject to different periodic rates. You authorize us to allocate your payments and credits in a way that is most favorable or convenient for us, which may include allocating such payments and credits to pay off balances at low periodic rates before paying off balances at higher periodic rates. The sooner you pay the New Balance, the less you will pay in finance charges.

Instructions for making payments are on your billing statement. In order to be credited as of a particular day, your payment must be received in the form specified, and by

the hour specified, in those instructions. Do not send cash payments. We can accept late or partial payments, as well as payments that reflect "paid in full" or other restrictive endorsements, without losing any of our rights under this Agreement. You agree to pay us in U.S. dollars drawn on funds on deposit in the United States using a payment check, similar instrument, or automatic debit that will be processed and honored by your bank. We reserve the right to accept payments made in foreign currency and instruments drawn on funds on deposit outside the United States. If we do, we will select the effective currency conversion rate at our discretion and credit your account in U.S. dollars after deducting any fees or costs incurred in connection with processing your payment. If such fees or costs are not fully deducted at the time your account is credited for a payment, we will bill you separately for them.

**Late Fee:**

We will add a late fee to the regular revolve credit plan for each billing period in which your minimum payment remains unpaid on the Closing Date immediately following the payment due date for that payment. This late fee is based on your New Balance as of the date the late fee is added. The late fee is $29 on balances of $100 and over. We will not charge a late fee on balances of less than $100.

**Returned Payment Fee:**

We will add a $29 fee to the regular revolve credit plan when a payment check or similar instrument is not honored, when we must return it because it cannot be processed, or when an automatic debit is returned unpaid. At our option, we will assess this fee the first time your check or payment is not honored, even if it is honored upon resubmission.

**Lost or Stolen Cards or Account Numbers:**

If any card or account number is lost or stolen or if you think someone used or may use them without your permission, notify us at once by calling the Customer Service telephone number listed on the front of the billing statement or the number obtained by calling toll-free or local Directory Assistance. We may require you to provide certain information in writing to help us find out what happened, and to comply with such procedures as we may require in connection with our investigation. Don't use the card or account number after we've been notified, even if they are found or returned. In the event that 10 or more cards or account numbers are issued to you for use by your employees, you shall be liable for all unauthorized purchases made using your card or account number, except that you shall not be liable for unauthorized use that occurs after we have been notified. In the event that fewer than 10 cards or account numbers are issued to you for use by your employees, you may be liable for unauthorized use of the account, but not for more than $50. You won't be liable for unauthorized purchases made after we've been notified of the loss or the theft; however, you must identify for us the charges on the billing statement that were not made by you, or someone authorized by you, and from which you received no benefit.

**Default:**

You default under this Agreement if you fail to pay, by its due date, the Minimum Payment Due listed on each billing statement; file for bankruptcy; exceed your credit line; pay by a check or similar instrument that is not honored or that we must return because it cannot be processed; or pay by automatic debit that is returned unpaid. If you default, we may close your account and demand immediate payment of the total balance.

**Preauthorized Charges:**

If you default, if the card is lost or stolen, or we change your account or account number for any reason, we may suspend automatic charges on that account to third party vendors for goods or services. If preauthorized charges are suspended, you must contact the third party vendor to reinstate them. You are responsible for making direct payment for such charges until you reinstate automatic charges.

**Collection Costs:**

If we refer collection of your account to a lawyer who is not our salaried employee, you will be liable for any reasonable attorney's fees we incur, plus the costs and expenses of any legal action, to the extent permitted by law.

---

**ARBITRATION:**

**PLEASE READ THIS PROVISION OF THE AGREEMENT CAREFULLY. IT PROVIDES THAT ANY DISPUTE MAY BE RESOLVED BY BINDING ARBITRATION. ARBITRATION REPLACES THE RIGHT TO GO TO COURT, INCLUDING THE RIGHT TO A JURY AND THE RIGHT TO PARTICIPATE IN A CLASS ACTION OR SIMILAR PROCEEDING. IN ARBITRATION, A DISPUTE IS RESOLVED BY AN ARBITRATOR INSTEAD OF A JUDGE OR JURY. ARBITRATION PROCEDURES ARE SIMPLER AND MORE LIMITED THAN COURT PROCEDURES.**

**Agreement to Arbitrate:**

Either you or we may, without the other's consent, elect mandatory, binding arbitration for any claim, dispute, or controversy between you and us (called "Claims").

**Claims Covered:**

- What Claims are subject to arbitration? All Claims relating to your account, a prior related account, or our relationship are subject to arbitration, including Claims regarding the application, enforceability, or interpretation of this Agreement and this arbitration provision. All Claims are subject to arbitration, no matter what legal theory they are based on or what remedy (damages, or injunctive or declaratory relief) they seek. This includes Claims based on contract, tort (including intentional tort), fraud, agency, your or our negligence, statutory or regulatory provisions, or

any other sources of law; Claims made as counterclaims, cross-claims, third-party claims, interpleaders or otherwise; and Claims made independently or with other claims. A party who initiates a proceeding in court may elect arbitration with respect to any Claim advanced in that proceeding by any other party. Claims and remedies sought as part of a class action, private attorney general or other representative action are subject to arbitration on an individual (non-class, non-representative) basis, and the arbitrator may award relief only on an individual (non-class, non-representative) basis.

- **Whose Claims are subject to arbitration?** Not only ours and yours, but also Claims made by or against anyone connected with us or you or claiming through us or you, such as a co-applicant or authorized user of your account, an employee, agent, representative, affiliated company, predecessor or successor, heir, assignee, or trustee in bankruptcy.

- **What time frame applies to Claims subject to arbitration?** Claims arising in the past, present, or future, including Claims arising before the opening of your account, are subject to arbitration.

- **Broadest interpretation.** Any questions about whether Claims are subject to arbitration shall be resolved by interpreting this arbitration provision in the broadest way the law will allow it to be enforced. This arbitration provision is governed by the Federal Arbitration Act (the "FAA").

- **What about Claims filed in Small Claims Court?** Claims filed in a small claims court are not subject to arbitration, so long as the matter remains in such court and advances only an individual (non-class, non-representative) Claim.

**How Arbitration Works:**

- **How does a party initiate arbitration?** The party filing an arbitration must choose one of the following two arbitration firms and follow its rules and procedures for initiating and pursuing an arbitration: American Arbitration Association or National Arbitration Forum. Any arbitration hearing that you attend will be held at a place chosen by the arbitration firm in the same city as the U.S. District Court closest to your then current billing address, or at some other place to which you and we agree in writing. You may obtain copies of the current rules of each of the arbitration firms and forms and instructions for initiating an arbitration by contacting them as follows:

American Arbitration Association
335 Madison Avenue, Floor 10
New York, NY 10017-4605
Web site: www.adr.org

National Arbitration Forum
P.O. Box 50191
Minneapolis, MN 55405
Web site: www.arbitration-forum.com

At any time you or we may ask an appropriate court to compel arbitration of Claims, or to stay the litigation of Claims pending arbitration, even if such Claims are part of a lawsuit, unless a trial has begun or a final judgment has been entered. Even if a party fails to exercise these rights at any particular time, or in connection with any particular Claims, that party can still require arbitration at a later time or in connection with any other Claims.

- **What procedures and law are applicable in arbitration?** A single, neutral arbitrator will resolve Claims. The arbitrator will be either a lawyer with at least ten years experience or a retired or former judge, selected in accordance with the rules of the arbitration firm. The arbitration will follow procedures and rules of the arbitration firm in effect on the date the arbitration is filed unless those procedures and rules are inconsistent with this Agreement, in which case this Agreement will prevail. Those procedures and rules may limit the discovery available to you or us. The arbitrator will take reasonable steps to protect customer account information and other confidential information if requested to do so by you or us. The arbitrator will apply applicable substantive law consistent with the FAA and applicable statutes of limitations, will honor claims of privilege recognized at law, and will have the power to award to a party any damages or other relief provided for under applicable law. You or we may choose to have a hearing and be represented by counsel. The arbitrator will make any award in writing and, if requested by you or us, will provide a brief statement of the reasons for the award. An award in arbitration shall determine the rights and obligations between the named parties only, and only in respect of the Claims in arbitration, and shall not have any bearing on the rights and obligations of any other person, or on the resolution of any other dispute.

- **Who pays?** Whoever files the arbitration pays the initial filing fee. If we file, we pay; if you file, you pay, unless you get a fee waiver under the applicable rules of the arbitration firm. If you have paid the initial filing fee and you prevail, we will reimburse you for that fee. If there is a hearing, we will pay any fees of the arbitrator and arbitration firm for the first day of that hearing. All other fees will be allocated as provided by the rules of the arbitration firm and applicable law. However, we will advance or reimburse your fees if the arbitration firm or arbitrator determines there is good reason for requiring us to do so, or if you ask us and we determine there is good reason for doing so. Each party will bear the expense of that party's attorneys, experts, and witnesses, and other expenses, regardless of which party prevails, but a party may recover any or

applying applicable law, so determines.

- **Who can be a party?** Claims must be brought in the name of an individual person or entity and must proceed on an individual (non-class, non-representative) basis. The arbitrator will not award relief for or against anyone who is not a party. If you or we require arbitration of a Claim, neither you, we, nor any other person may pursue the Claim in arbitration as a class action, private attorney general action or other representative action, nor may such Claim be pursued on your or our behalf in any litigation in any court. Claims, including assigned Claims, of two or more persons may not be joined or consolidated in the same arbitration. However, applicants, co-applicants, authorized users on a single account and/or related accounts, or corporate affiliates are here considered as one person.

- **When is an arbitration award final?** The arbitrator's award is final and binding on the parties unless a party appeals it in writing to the arbitration firm within fifteen days of notice of the award. The appeal must request a new arbitration before a panel of three neutral arbitrators designated by the same arbitration firm. The panel will consider all factual and legal issues anew, follow the same rules that apply to a proceeding using a single arbitrator, and make decisions based on the vote of the majority. Costs will be allocated in the same way they are allocated for arbitration before a single arbitrator. An award by a panel is final and binding on the parties after fifteen days has passed. A final and binding award is subject to judicial review and enforcement as provided by the FAA or other applicable law.

**Survival and Severability of Terms:**
This arbitration provision shall survive: (i) termination or changes in the Agreement, the account, or the relationship between you and us concerning the account; (ii) the bankruptcy of any party; and (iii) any transfer, sale or assignment of your account, or any amounts owed on your account, to any other person or entity. If any portion of this arbitration provision is deemed invalid or unenforceable, the entire arbitration provision shall not remain in force. No portion of this arbitration provision may be amended, severed, or waived absent a written agreement between you and us.

## Credit Reporting:
We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected on your credit report. We may also obtain follow-up credit reports on you (for example, when we review your account for a credit line increase). If you wish to know the names of the agencies we have contacted, write to Office Depot Business Credit

9163. If there is a personal guarantor on your account, the personal guarantor agrees to be liable for any unpaid amounts on the account. In addition, we may review the personal guarantor's credit and financial records, including credit reports and banking records, in connection with the update, renewal, extension of credit, and review or collection of the account. We may report information about your account to credit bureaus in the name of the personal guarantor. Late payments, missed payments, or other defaults on your account may be reflected on the personal guarantor's credit report. The personal guarantor agrees to guarantee payment of all amounts due on the account and, in the event of any default under this Agreement, the personal guarantor agrees that we can enforce the guarantee without first proceeding against you, until all amounts due have been paid in full and the Agreement has been terminated.

If you think we reported erroneous information to a credit reporting agency, write to: Credit Bureau Dispute Verification, P.O. Box 689163 Des Moines, IA 50368-9163. We will promptly investigate the matter and if our investigation shows you are right, we will contact each credit reporting agency to whom we reported and will request they correct the report. If we disagree with you after our investigation, we will tell you in writing or by telephone and instruct you how to submit a statement of your position to those agencies. Your statement will become a part of your credit record with them.

## Telephone Monitoring and Recording:
From time to time we may monitor and record your telephone calls regarding your account with us to assure the quality of our service.

## Closing Your Account:
You may close your account at any time by notifying us in writing. However, you remain responsible to pay the total balance according to the terms of this Agreement. We may close your account or suspend your account privileges at any time for any reason without prior notice. We may also reissue a different card or account number at any time. You must return the card to us upon request.

## Refusal of the Card:
We are not responsible if a transaction on your account is not approved, either by us or by a third party, even if you have sufficient credit available. We may limit the number of transactions that may be approved in one day. If we detect unusual or suspicious activity on your account, we may temporarily suspend your credit privileges until we can verify the activity.

## Changing this Agreement:
We may change the rates, fees, and terms of this Agreement at any time for any reason. These reasons may be based on information in your credit report, such as your failure to make payments to another creditor when due, amounts owed to other creditors, the number of credit accounts outstanding, or the number of credit inquiries. These reasons may also

include competitive or market-related factors. Changing terms includes adding, replacing or deleting provisions relating to your account and to the nature, extent, and enforcement of the rights and obligations you or we may have relating to this Agreement. These changes are binding on you. However, if the change will cause a fee, rate or minimum payment to increase, we will mail you written notice at least 15 days before the beginning of the billing period in which the change becomes effective. If you do not agree to the change, you must notify us in writing within 25 days after the effective date of the change and pay us the total balance, either at once or under the terms of the unchanged Agreement. Unless we notify you otherwise, use of the card after the effective date of the change shall be deemed acceptance of the new terms, even if the 25 days have not expired.

## Enforcing this Agreement:
We can delay in enforcing or fail to enforce any of our rights under this Agreement without losing them.

## Assignment:
We reserve the right to assign any or all of our rights and obligations under this Agreement to a third party.

## Applicable Law:
The terms and enforcement of this Agreement shall be governed by federal law and the law of South Dakota, where we are located.

## For Further Information:
Call the Customer Service telephone number shown on the front of the billing statement.

Ken Stork
President & CEO
Citibank USA, N.A.

© 2005 Citibank USA, N.A.

# CITIBANK CARD AGREEMENT
# FOR THE OFFICE DEPOT
# BUSINESS CREDIT ACCOUNT PROGRAM

This Agreement is your Citibank Card Agreement for the Office Depot Business Credit Account Program. Please read and keep this Agreement for your records. This Agreement is binding on you unless you cancel your account within 30 days after receiving the card and you have not used or authorized use of your account.

To simplify this Agreement for you, the following definitions will apply. The words you, your, and yours mean all entities and/or persons responsible for complying with this Agreement, including the person who applied to open the account and the person to whom we address billing statements. The word card means one or more cards or other access devices, such as account numbers, that we have issued to permit you to obtain credit under this Agreement. The words we, us, and our mean Citibank USA, N.A., the issuer of your account. The words authorized user mean any person to whom you give permission to use your account.

## Using Your Account and Your Credit Line:
The card must be signed to be used. Whether you sign the card or not, you are fully responsible for complying with all the terms of this Agreement, including the obligation to pay us for all balances due on your account as specified in this Agreement. Your card must only be used for lawful transactions. Each use of the card to charge purchases constitutes a loan for business or commercial purposes to you by us. The account is established only for the purpose of purchasing goods and services to be used for business or commercial purposes on behalf of the business. You agree not to use this account to purchase goods or services for personal, family or household purposes. You agree that your obligation to pay us for all balances due on your account will apply to all purchases made by you or an authorized user whether or not the purchase was in fact authorized by and for the benefit of the business. You understand that your agreement not to use the account to purchase goods and services for personal, family or household purposes means that important duties imposed on us, and important rights conferred upon a consumer, pursuant to certain federal and state laws, do not apply to this account.

At our discretion, we may change your credit line at any time. We will notify you of any new line either by sending you a notice or through your billing statement. A change may take effect before you receive notification from us. You may request a change to your credit line by contacting Customer Service by telephone or mail.

The full amount of your credit line is available to buy or lease goods or services wherever the card is honored. The total amount charged on your account, including purchases, finance charges, fees, or other charges, must always remain below your credit line. However, if that total amount exceeds

Office Depot Business Credit Acct
202od5560505 CIT 102   **2020D5   Rev. 05/05**

# CARD AGREEMENT

This document and the Card carrier together make up your Card Agreement, which governs your The Home Depot Business Rewards MasterCard and Account. These documents are collectively referred to as "Agreement" or "Card Agreement" throughout this document. Please read these documents and keep them with your other important papers.

**1. Definitions.** In this Agreement, the word "Card" means a single Card or two or more Cards we have issued to you and any Authorized Users. The word "Business" means the corporation, partnership, sole proprietorship or other business that applied for the Card and any successors. The words "you," "your" and "yours" mean the Business. The words "we," "our" or "us" mean the issuer of The Home Depot Business Rewards MasterCard, Citibank (South Dakota), N.A. The words "Authorized User" mean any person to whom you have requested us to issue a Card or to whom you give permission to use your Account. The word "Account" means The Home Depot Business Rewards MasterCard Account or any sub-account for which you or your Authorized Users were issued a Card imprinted with an Account number.

Balance transfers and convenience checks are not currently features of this Account. We may add balance transfer and/or convenience check features to your account in the future. Until you receive notice from us that one or both of these features have been added to your account, the provisions of this agreement relating to balance transfers and convenience checks will not apply to your account.

**2. Your Responsibility for the Account.** You are responsible for all amounts owed on your Account, whether it is used by you or by an Authorized User, and you agree to pay such amounts according to the terms of this Agreement.

We may assign a sub-account number to any Authorized Users, but that will not affect your responsibility for their transactions. You will be liable for an Authorized User's use of a Card or the Account even if the Authorized User leaves your employment. To cancel an Authorized User's permission to use a Card you must: notify us in writing, return to us any Card in the possession of the Authorized User with your written notice, and inform the Authorized User that they no longer have permission to use your Account. You will be liable for an Authorized User's use of a Card until we receive your letter and the Card. If you cease ongoing operations, are subject to a change in control or structure or transfer or agree to transfer a substantial part of your assets, you must notify us in writing so that we may close your Account. Each Card must be signed to be used.

Exhibit A - Page 15

Whether the Card is signed or not, you are fully responsible for complying with all the terms of this Agreement, including the obligation to pay us for all balances due on your Account as specified in this Agreement.

**3. Accepting This Agreement.** This Agreement will be effective when you or an Authorized User uses the Card or the Account, if you fail to cut your Card in half and return it to us within thirty (30) days after it is issued to you, or when you call and activate the Card by the Card Activation Number Process.

**4. Your Credit Line.** Your initial Total Credit Line appears on the Card carrier. Your Card carrier may show a Home Depot Dedicated Line and a Home Depot/General Purchase Line. If it does, then part of your Total Credit Line is available only for certain transactions. The portion of your Total Credit Line called the Home Depot/General Purchase Line may be used to buy or lease goods or services wherever the Card is honored. (This includes The Home Depot and its affiliates.) The portion of your Total Credit Line called the Home Depot Dedicated Line may only be used to buy or lease goods or services from Home Depot and its affiliates. If you have a Home Depot/General Purchase Line and you have used all of your available credit on that line, you may still have the opportunity to make purchases at The Home Depot and its affiliates up to your available Total Credit Line. If your Card carrier does not indicate that you have a Home Depot Dedicated Line, then your entire Total Credit Line is available to buy or lease goods or services wherever the Card is honored.

A portion of your Total Credit Line, called the Cash Portion, is available for Cash Advances. Your Cash Portion is available for cash through any bank or automated teller machine that accepts the Card or by using convenience checks. If your Card carrier shows a Home Depot/General Purchase Line, the Cash Portion is also a portion of your Home Depot/General Purchase Line. At our discretion, we may change your Total Credit Line, Cash Portion, and any Home Depot Dedicated Line or Home Depot/General Purchase Line at any time. We will notify you of any new line or Cash Portion either by sending you a notice or through your billing statement. A change may take effect before you receive notification from us. You may request a change to your Total Credit Line, Cash Portion, or any Home Depot Dedicated Line or Home Depot/General Purchase Line by contacting Customer Service by telephone or mail.

You and your Authorized Users may not use your Account in any way that would cause the balance to go over your Total Credit Line. We may refuse to authorize or accept any transaction on your Account which would cause the balance to exceed your Total Credit Line. It is your obligation not to exceed the Total Credit Line for your Account. We may approve transactions that cause you to exceed your Total Credit Line without waiving any of our rights under this Agreement. If you owe more than your

2

Exhibit A - Page 16

Total Credit Line, you agree to pay the excess immediately upon our request and we may charge you an overlimit fee and/or suspend your Account privileges or cancel your Account.

**5. Use of the Card.** Each use of the Card constitutes a loan for business or commercial purposes to you by us. The Account is established only for business or commercial purposes on behalf of the Business. You agree this Account shall not be used for personal, family or household purposes. Your Card must only be used for lawful purposes. You agree that your obligation to pay us for all balances due on your Account will apply to all transactions by you or an Authorized User whether or not the transaction was in fact authorized by and for the benefit of the Business. You understand that your agreement that the Account shall not be used for personal, family or household purposes means that important duties imposed on us, and important rights conferred upon a consumer, pursuant to certain federal and state laws, do not apply to this Account.

**6. Balance Transfer Checks.** Balance transfer checks may be used to transfer balances or to obtain funds up to the amount of your available Cash Portion unless that amount will cause the Total Balance to exceed your Total Credit Line or will cause the Home Depot/General Purchase balance to exceed the Home Depot/General Purchase Line (if any). Each balance transfer check must be in the form we have issued and must be used according to any instructions we give you. Balance transfer checks may not be used to pay any amount owed to us or one of our affiliates under this or any other Card Agreement that you have with us or an affiliate. We will not certify any balance transfer checks, nor will we return paid balance transfer checks.

**7. Convenience Checks.** Convenience checks may be used to purchase goods and services, to transfer balances from others, or to obtain funds up to the amount of your available Cash Portion unless that amount will cause the Total Balance to exceed your Total Credit Line or will cause the Home Depot/General Purchase balance to exceed the Home Depot/General Purchase Line (if any). We will treat convenience checks as Cash Advances and charge them against your Cash Portion. Each convenience check must be in the form we have issued and must be used according to any instructions we give you. Convenience checks may be used only by the person whose name is printed on them. Convenience checks may not be used to pay any amount owed to us under this or any other Card Agreement that you have with us. We will not certify any convenience checks, nor will we return paid convenience checks.

**8. Information on Foreign Currency Conversion Procedures.** If you make a transaction in a foreign currency, other than a cash advance made at a branch or ATM of one of our Citi affiliates, MasterCard or Visa, depending on which card is used, will

3

Exhibit A - Page 17

convert the amount into U.S. dollars. MasterCard and Visa will act in accordance with their operating regulations or foreign currency conversion procedures then in effect. MasterCard currently uses a conversion rate in effect one day prior to its transaction processing date. Such rate is either a wholesale market rate or the government-mandated rate. Visa currently uses a conversion rate in effect on its applicable central processing date. Such rate is either a rate it selects from the range of rates available in wholesale currency markets, which may vary from the rate it receives, or the government-mandated rate.

If a cash advance is made in a foreign currency at a branch or ATM of one of our Citi affiliates, the amount will be converted into U.S. dollars by a Citi affiliate in accordance with its foreign currency conversion procedures then in effect. Our Citi affiliate currently uses a conversion rate in effect on its applicable processing date. Such rate is either a mid-point market rate or the government-mandated rate.

The foreign currency conversion rate in effect on the applicable processing date for a transaction may differ from the rate in effect on the sale or posting date on your billing statement for that transaction.

**9. Lost or Stolen Cards, Account Numbers, or Convenience Checks.** If any Card, account number, or check is lost or stolen, or if you believe that someone used or may use them without your permission, you must notify us at once. Call us at the number shown on your billing statement. You should also follow this up in writing. You should not use the Account or Card after you have notified us, except as otherwise instructed by us. If your Card or Account is used by an unauthorized person you may be liable, but not for more than fifty dollars ($50). You will not be liable for any Purchase or Cash Advance made after you have notified us of the loss or theft at the telephone number or the address shown on your billing statement. You also agree to assist us in determining the facts, circumstances, and other pertinent information related to any loss, theft, or possible unauthorized use of your Card(s) or Account and to comply with such procedures as we may require in connection with our investigation. We are not responsible for controlling an Authorized User you have asked us to add to your Account. If you wish to remove an Authorized User's ability to use your Account, you must notify us in writing and you must return to us, with your written notice, any Card(s) on your Account to which the Authorized User may have access.

**10. Limitation on Unauthorized Use Liability.** You agree, in accordance with Section 135 of the federal Truth in Lending Act, that if at any time we have issued ten (10) or more Cards for use by your employees, at your request, you waive any and all limitations on your liability for unauthorized use of such Cards that you may have under the Truth in Lending Act.

4

Exhibit A - Page 18

**11. If Your Card Is Refused.** We are not responsible and shall have no liability if a merchant, a financial institution, an ATM or any third party refuses to honor your Card or accept a transaction on your Account. Transactions made above a certain dollar amount may require authorization before the transaction is approved. The number of transactions you make in one day may be limited since we may limit the number of authorizations which may be given. These restrictions are primarily for security reasons. As a result, we cannot explain the details of how our authorization system works. Neither we, nor our agents, will be responsible or have any liability if authorization for a transaction is not given, even if you have sufficient credit available. If your Account is over limit or delinquent, authorization of credit for transactions may be declined.

**12. Billing Statements.** Your billing statement shows the activity on your Account. Upon your request and our agreement, we will send billing statements reflecting the activity attributable to each Card. If we deem your Account uncollectible or if we institute delinquency collection proceedings by sending it to an outside collection agency or attorney for collection, we may, in our sole discretion, stop sending you billing statements. However, finance charges and fees will continue to accrue whether or not we send you billing statements and you will be liable on the Account even if you do not receive a billing statement.

**13. Payments.** We may accept late payments or partial payments, and payments marked "Payment in Full," or similar language, without losing any of our rights under this Agreement. Payments should not be made by postdated check. If we receive payment by postdated check, we may deposit it and shall have no liability if it is posted prior to the date which appears on the check. You authorize us to allocate your payments and credits in a way that is most favorable or convenient for us, which may include allocating such payments and credits to pay off balances at low periodic rates before paying off balances at higher periodic rates. Instructions for making payments are on your billing statement. In order to be credited as of a particular day, your payment must be received in the form specified, and by the hour specified, in those instructions. All payments must be made in U.S. dollars and drawn on a financial institution located in the United States using a payment check, similar instrument, or automatic debit that will be processed and honored by your bank. However, we reserve the right to accept payments made in foreign currency and instruments drawn on funds on deposit outside the United States. If we do, we will select the effective currency conversion rate at our discretion and credit your Account in U.S. dollars after deducting any fees or costs incurred in connection with processing your payment. If such fees or costs are not fully deducted at the time your Account is credited for a payment, we will bill you separately for them.

5

Exhibit A - Page 19

**14. Minimum Payment.** Each month you must pay a minimum amount that is calculated as follows. First, we begin with any amount that is past due and add to it any amount in excess of your credit line. Second, we add the largest of the following:

• The New Balance on the billing statement if it is less than $20;

• $20 if the New Balance is at least $20;

• 1% of the New Balance plus the amount of your billed finance charges and any applicable late fee (which calculation is rounded down to the nearest dollar); or

• 1.5% of the New Balance (which calculation is rounded down to the nearest dollar).

However, the Minimum Amount Due will never exceed your New Balance. In calculating the Minimum Amount Due, we may subtract from the New Balance certain fees added to your account during the billing period.

**15. How We Determine the Balance.** The total outstanding balance (the amount you owe us) appears as the "Total Balance" on the billing statement. To determine the Total Balance, we begin with the outstanding balance on your Account at the beginning of each billing period, called the "Previous Balance" on the billing statement. We add any Purchases or Cash Advances and subtract any credits or payments credited as of that billing period. We then add the appropriate finance charges and fees and make other applicable adjustments.

**16. Annual Percentage Rates for Purchases and Cash Advances.** Your annual percentage rates appear on the Card carrier. A daily periodic rate is the applicable annual percentage rate divided by three hundred sixty five (365). Whether or not an annual percentage rate is based on the U.S. Prime Rate plus a margin is indicated on the Card carrier. Please see the section entitled "Variable Annual Percentage Rates for Purchases and Cash Advances" for details relating to how these rates may change, including if you default under any Card Agreement that you have with us.

**17. Variable Annual Percentage Rates for Purchases and Cash Advances.** If any annual percentage rate is based on the U.S. Prime Rate plus a margin, we will calculate the rate for each billing period by adding the applicable margin that appears on the Card carrier to the U. S. Prime Rate. For each billing period, we will use the U. S. Prime Rate published in *The Wall Street Journal* two business days prior to the closing date of the date range shown on your statement. Any increase or decrease in a variable annual percentage rate due to a change in the U. S. Prime Rate takes effect as of the first day of the billing period for which we calculate the variable annual percentage rate. If more than one U.S. Prime Rate is published, we may choose the highest rate. If *The Wall Street Journal* ceases publication or to publish the U.S. Prime Rate, we may

6

use the U. S. Prime Rate published in any other newspaper of general circulation, or we may substitute a similar reference rate at our sole discretion. When a change in an applicable variable annual percentage rate takes effect, we will apply it to any existing balances, subject to any promotional rate that may apply.

Your annual percentage rates may also vary if you default under any Card Agreement that you have with us because you fail to make a payment to us when due or you exceed your Total Credit Line. In such circumstances, we may increase your annual percentage rates (including any promotional rates) on all balances to a variable default rate of up to 23.99% plus the applicable U. S. Prime Rate. The maximum variable default rate currently in effect appears on the Card carrier. Factors considered in determining your variable default rate may include how long your Account has been open, the timing or seriousness of a default under any Card Agreement that you have with us, and other indications of Account performance. The variable default rate takes effect as of the first day of the billing period in which you default. Your Account may again become eligible for a lower annual percentage rate on new and existing Purchases, new and existing Cash Advances, or both after you have met the terms of all Card Agreements that you have with us for six consecutive billing periods.

An increase in the variable annual percentage rate means you will incur a higher finance charge and perhaps a higher minimum payment.

**18. Promotional Rate Offers.** At our discretion, we may offer you promotional terms for all or a part of any balances. The period of time for which a promotion applies may be limited. Any applicable promotional rate, the corresponding periodic rates, and the period of time during which it is in effect will appear on the Card carrier. Promotional terms will not apply if you fail to make a payment to us when due during the billing period in which the promotional terms would otherwise begin. In addition, you will lose your promotional terms if, at any time during which the promotional terms would otherwise apply, you fail to make a payment to us when due. If your promotional terms include a promotional APR and you default under any Card Agreement that you have with us because you fail to make a payment to us or any other creditor when due or you exceed your Total Credit Line, we may increase your annual percentage rate to a variable default rate as described in the section above entitled "Variable Annual Percentage Rates for Purchases and Cash Advances." The period of time for which a promotion applies may be limited. Any promotion will be subject to the terms of the offer and this Agreement.

**19. How We Compute the Periodic Finance Charge.** Finance charges for Purchases, balance transfers, and Cash Advances will begin to accrue from the date the transaction is added to the

7

daily balance, as described below, and continue to accrue until payment in full is credited to your Account. However, if you paid in full the Total Balance, if any, listed on the last billing statement by the Due Date on that statement you will have until the Due Date on your current statement to pay in full your Total Balance to avoid imposition of additional finance charges on Purchases. If you have accepted certain balance transfer offers for which you may be eligible, you may not be able to avoid additional finance charges on Purchases, as described in your balance transfer offer.

We will calculate periodic finance charges separately for each feature. The features available on your Account include the following: standard purchases, each purchase subject to promotional terms, general advances, and each advance balance subject to different promotional terms.

We calculate the periodic finance charges as follows:

• We figure a portion of the finance charge on your Account by multiplying the daily balance on each feature by the applicable daily periodic rate and separately adding together any such finance charges for each feature for each day in the billing period.

• For finance charge calculation purposes, the billing period begins on the day after the closing date of the previous billing period and includes the closing date of the current billing period. The number of days in the billing period may vary.

• To get the daily balance, we take the beginning balance for each feature every day (which may include unpaid finance charges from previous billing periods), add any new transactions, any new fees, and any finance charge on the previous day's balance, subtract any credits or payments credited as of that day, and make other adjustments. A credit balance is treated as a balance of zero.

• We add a new Purchase to the appropriate purchase balance as of the Transaction Date shown on your billing statement.

• We add a new balance transfer or Cash Advance to the appropriate Cash Advance balance as of the Post Date shown on your billing statement. The Post Date is the date we receive your request for the balance transfer or Cash Advance, including a request that we complete a balance transfer check or convenience check for a specific amount. If you send a balance transfer check or convenience check directly to someone, the Post Date is the date we receive the check for payment.

• The Balances Subject to Finance Charge are the averages of the respective daily balances during the billing period. If you multiply this figure for each feature by the number of days in the billing period and by the applicable daily periodic rate, the result will be the periodic rate finance charges assessed for that feature, except for minor variations caused by rounding. This

8

Exhibit A - Page 22

method of calculating the balance subject to finance charge and the periodic rate finance charges results in daily compounding of finance charges.

**20. Transaction Fee for Balance Transfers.** You have obtained a balance transfer for which we assess a balance transfer transaction fee if you transfer a balance by means other than a convenience check, or you obtain funds through a balance transfer check. Balance transfers will be treated as Cash Advances unless otherwise provided in this Agreement. To each balance transfer we add an additional **FINANCE CHARGE** of three percent (3.0%) of the balance transfer, but not less than five dollars ($5) or more than fifty dollars ($50). This fee will be added to the appropriate Advance balance with the balance transfer.

**21. Transaction Fee for Purchases Made in a Foreign Currency.** For each purchase made in a foreign currency, we add an additional **FINANCE CHARGE** of 3.0% of the purchase amount after its conversion into U.S. dollars. This foreign currency transaction fee will be added to the appropriate purchase balance with the foreign currency purchase. The foreign currency transaction fee may cause the annual percentage rate on the billing statement on which the purchase made in a foreign currency first appears to exceed the nominal annual percentage rate.

**22. Transaction Fee for Cash Advances.** You have obtained a Cash Advance for which we assess a Cash Advance Transaction Fee if you obtain funds from an automated teller machine (ATM), through a convenience check, through home banking, or through a financial institution; make a wire transfer; acquire a money order, traveler's check, lottery ticket, betting or casino chip, or similar item; or engage in another similar transaction. For each Cash Advance, we add an additional **FINANCE CHARGE** of three percent (3.0%) of the Cash Advance, but not less than five dollars ($5). This fee will be added to the appropriate Advance balance with the Cash Advance. (The amount of the Cash Advance may include a surcharge that the ATM owner imposes.)

**23. Minimum Finance Charge.** If finance charges based on periodic rates are being added to your Account, but the total of such finance charges for Purchases and Cash Advances is less than fifty cents ($.50), we assess a minimum **FINANCE CHARGE**, based on periodic rates, of fifty cents ($.50). We add the amount to the feature that is being assessed a finance charge. If more than one feature is assessed a finance charge, we may add the minimum finance charge to any such feature at our discretion.

**24. Account Fees.** We may charge you, and you agree to pay, the following fees. If your Minimum Payment (less the Over Limit amount shown on your billing statement) is not received by its Due Date, we will add a Late Fee to the standard purchase

9

balance. This Late Fee is based on your account balance as of the Due Date. The Late Fee is: fifteen dollars ($15) for balances less than one hundred dollars ($100); twenty five dollars ($25) for balances of one hundred dollars ($100) but less than one thousand dollars ($1,000); and thirty five dollars ($35) for balances of one thousand dollars ($1,000) or greater. We will add a thirty five dollar ($35) fee to the standard purchase balance for each billing period that the Total Balance exceeds your credit line. We may add this thirty five dollar ($35) fee even if we authorize the transaction that causes the Total Balance to exceed your Total Credit Line. If any payment check or similar instrument you send us is not honored, when we must return it because it cannot be processed, or when an automatic debit is returned unpaid, we will add a Returned Payment Fee of twenty nine dollars ($29) to the standard purchase balance. At our option, we will assess this fee the first time your check or payment is not honored, even if it is honored upon resubmission. If any convenience check or balance transfer check you write is returned by us unpaid, for any reason, we will add a Returned Convenience Check/Balance Transfer Check Fee of twenty nine dollars ($29) to the standard advance balance. If you request that we stop payment on any convenience check or balance transfer check that you have written, we will add a Stop Payment Fee of twenty nine dollars ($29) to the standard advance balance. You may stop payment on convenience checks by notifying us in writing at Home Depot Credit Services, P.O. Box 689147, Des Moines, IA 50368-9147 or by calling us at the Customer Service telephone number listed on the billing statement. If you call, you must confirm the call in writing within 14 days. A written stop payment order will remain in effect for six months unless renewed in writing. We may change the amount of these fees or add new fees from time to time. You may have your annual membership fee credited to your Account if you close your Account within thirty (30) days from the mailing or delivery date of the statement containing the fee, even if you use your Card during that period. You may call the Customer Service Number or write to the Customer Service address on your statement during this 30-day period and your Account will be terminated; we will credit your Account for the amount of the annual fee.

**25. Immediate Repayment of Your Full Balance.** You will be in default, and we may, without notifying you in advance, close your Account, cancel all Cards issued on it, and demand immediate payment of your entire balance if any of the following occurs: you fail to make a payment to us when it is due; you make a payment to us that is not honored; your Total Balance exceeds your Total Credit Line; you do not follow the terms of the Agreement in any way; you have made any false or misleading statements on the application for your Account; you fail to pay any other loans you owe us; you become insolvent or

10

die; there is an attachment, execution or levy against you or your property; you make an assignment for the benefit of creditors; a bankruptcy petition is filed by or against you; a guardian, conservator, receiver, custodian or trustee is appointed for you; you are generally not paying your debts as they come due; or there has been an adverse change in your financial standing. You also will be in default if the Business ceases ongoing operations, is subject to a change in control or structure, or transfers or agrees to transfer a substantial part of its assets. All of you will be in default if any of you are in default. If you are in default and fail to pay any amounts you owe on your Account, you will be liable for our costs of collection and, if we refer this claim to an attorney for collection, you will be liable for any reasonable attorney's fees we incur, plus the costs and expenses of any legal action.

**26. Delay in Enforcement.** We can delay enforcing or fail to enforce any of our rights under this Agreement without losing them.

**27. Cancellation.** You may cancel your Account at any time by notifying us in writing at the Customer Service address on your billing statement and returning all Cards issued on your Account, cut in half, and destroying all unused convenience checks and balance transfer checks. Even after your Account is closed, you remain responsible for paying the Total Balance on the Account according to the terms of this Agreement. We can suspend your Account privileges or cancel your Account at any time, with or without cause or notice. We may take such action if you do not use your Card to make Purchases or Cash Advances at least one time each year. We may issue you or an Authorized User a different Card, Account number, or different checks at any time. You also may request us to cancel any Card issued to an Authorized User by giving us written notice, in which case you will inform the Authorized User of such request. You agree to indemnify and hold us, our subsidiaries and affiliates, harmless for any losses, damages or liability arising from a claim against any of the aforementioned for wrongful cancellation of an Authorized User's Card if you, or your designee, are the party which requested cancellation of the Card. We may cancel a Card issued to an Authorized User, in which case we will give you written notice. Upon cancellation of any Authorized User's Card for whatever reason, you will obtain such Card and return it to us cut in half.

**28. Credit Reports.** You authorize us to make or have made any credit, employment and investigative inquiries we deem appropriate (including obtaining consumer reports and commercial credit reports) in connection with any updates, renewals or extensions of credit or the collection of amounts owed on your Account. If you wish to know the names of the consumer reporting agencies we have contacted, write us at

11

Exhibit A - Page 25

the Customer Service address listed on the billing statement. We may report information about your Account to consumer reporting agencies, commercial credit bureaus, and others who may properly receive that information. A negative credit report reflecting on your credit record may be submitted to a consumer reporting agency or a commercial credit bureau if you fail to fulfill the terms of this Agreement. Late payments, missed payments, or other defaults on your Account may be reflected on your credit report. If you think we reported erroneous information to a credit reporting agency, write us at the Customer Service address listed on the billing statement. We will promptly investigate the matter and if our investigation shows you are right, we will contact each credit reporting agency to whom we reported and will request they correct the report. If we disagree with you after our investigation, we will tell you in writing or by telephone and instruct you how to submit a statement of your position to those agencies. Your statement will become a part of your credit record with them. From time to time, we may monitor telephone calls between you and us to assure the quality of our customer service.

**29. Reevaluation of Credit.** We may reinvestigate any information you provided on your credit application at any time, and in the course of doing so, we may ask you for additional information, request credit bureau reports and/or otherwise verify your current credit standing.

**30. Right to Set-Off.** Subject to applicable law, you agree that we have the right to set-off and/or recoup any amount you owe on your Account or any claim we have related to this Agreement against any demand deposit account or any other asset account you have with us or any of our affiliates.

**31. Change in Terms of Your Account.** We can change any terms of your Account, including all fees and the annual percentage rates, at any time. We can also add or delete provisions relating to your account and to the nature, extent, and enforcement of the rights and obligations you or we may have relating to this Agreement. We will provide you with notice when required by law by mailing a notice to you at the latest address shown in our records. Any changes will apply to the current balance of your Account as well as to future balances. If you do not agree to the change, you must notify us in writing within fifteen (15) days of the notice and pay us the total balance, either at once or under the terms of the unchanged Agreement.

**32. Assignment/Sale of Account.** We reserve the right to assign any or all of our rights and obligations under this Agreement to a third party.

**33. Law Governing This Agreement.** The terms and enforcement of this Agreement shall be governed by federal law and the law of South Dakota, where we are located.

12

**34. Cooperation on Information.** Subject to applicable law, you will provide us any information that we reasonably require about an Authorized User's use of the Card and will supply us any documentation or support related to that use that we may reasonably request. You also will provide reasonable cooperation to us in any investigation, litigation or prosecution arising in connection with the use of a Card.

**35. Notify Us in Case of Errors or Questions About Your Bill.** If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the Customer Service address provided on the billing statement. Write to us as soon as possible. We must hear from you in writing no later than sixty (60) days after we send you the first statement on which the error or problem appeared. In your letter, give us the following information:

• Your name and Account number.

• The dollar amount of the suspected error.

• Posting Date/Transaction Date.

• Vendor name.

• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are not sure about.

---

### ARBITRATION:

**PLEASE READ THIS PROVISION OF THE AGREEMENT CAREFULLY. IT PROVIDES THAT ANY DISPUTE MAY BE RESOLVED BY BINDING ARBITRATION. ARBITRATION REPLACES THE RIGHT TO GO TO COURT, INCLUDING THE RIGHT TO A JURY AND THE RIGHT TO PARTICIPATE IN A CLASS ACTION OR SIMILAR PROCEEDING. IN ARBITRATION, A DISPUTE IS RESOLVED BY AN ARBITRATOR INSTEAD OF A JUDGE OR JURY. ARBITRATION PROCEDURES ARE SIMPLER AND MORE LIMITED THAN COURT PROCEDURES.**

### Agreement to Arbitrate:

Either you or we may, without the other's consent, elect mandatory, binding arbitration for any claim, dispute, or controversy between you and us (called "Claims").

### Claims Covered:

**• What Claims are subject to arbitration?** All Claims relating to your account, a prior related account, or our relationship are subject to arbitration, including Claims regarding the application, enforceability, or interpretation of this Agreement and this arbitration provision. All Claims are subject to arbitration, no matter what legal theory they are based on or what remedy (damages, or injunctive or declaratory relief) they seek. This

13

Exhibit A - Page 27

includes Claims based on contract, tort (including intentional tort), fraud, agency, your or our negligence, statutory or regulatory provisions, or any other sources of law; Claims made as counterclaims, cross-claims, third-party claims, interpleaders or otherwise; and Claims made independently or with other claims. A party who initiates a proceeding in court may elect arbitration with respect to any Claim advanced in that proceeding by any other party. Claims and remedies sought as part of a class action, private attorney general or other representative action are subject to arbitration on an individual (non-class, non-representative) basis, and the arbitrator may award relief only on an individual (non-class, non-representative) basis.

• **Whose Claims are subject to arbitration?** Not only ours and yours, but also Claims made by or against anyone connected with us or you or claiming through us or you, such as a co-applicant or authorized user of your account, an employee, agent, representative, affiliated company, predecessor or successor, heir, assignee, or trustee in bankruptcy.

• **What time frame applies to Claims subject to arbitration?** Claims arising in the past, present, or future, including Claims arising before the opening of your account, are subject to arbitration.

• **Broadest interpretation.** Any questions about whether Claims are subject to arbitration shall be resolved by interpreting this arbitration provision in the broadest way the law will allow it to be enforced. This arbitration provision is governed by the Federal Arbitration Act (the "FAA").

• **What about Claims filed in Small Claims Court?** Claims filed in a small claims court are not subject to arbitration, so long as the matter remains in such court and advances only an individual (non-class, non-representative) Claim.

### *How Arbitration Works:*

• **How does a party initiate arbitration?** The party filing an arbitration must choose one of the following two arbitration firms and follow its rules and procedures for initiating and pursuing an arbitration: American Arbitration Association and National Arbitration Forum. Any arbitration hearing that you attend will be held at a place chosen by the arbitration firm in the same city as the U.S. District Court closest to your then current billing address, or at some other place to which you and we agree in writing. You may obtain copies of the current rules of each of the arbitration firms and forms and instructions for initiating an arbitration by contacting them as follows:

> American Arbitration Association
> 335 Madison Avenue, Floor 10
> New York, NY 10017-4605
> Web site: www.adr.org

14

Exhibit A - Page 28

National Arbitration Forum
P.O. Box 50191
Minneapolis, MN 55405
Web site: www.arbitration-forum.com

At any time you or we may ask an appropriate court to compel arbitration of Claims, or to stay the litigation of Claims pending arbitration, even if such Claims are part of a lawsuit, unless a trial has begun or a final judgment has been entered. Even if a party fails to exercise these rights at any particular time, or in connection with any particular Claims, that party can still require arbitration at a later time or in connection with any other Claims.

• **What procedures and law are applicable in arbitration?** A single, neutral arbitrator will resolve Claims. The arbitrator will be either a lawyer with at least ten years experience or a retired or former judge, selected in accordance with the rules of the arbitration firm. The arbitration will follow procedures and rules of the arbitration firm in effect on the date the arbitration is filed unless those procedures and rules are inconsistent with this Agreement, in which case this Agreement will prevail. Those procedures and rules may limit the discovery available to you or us. The arbitrator will take reasonable steps to protect customer account information and other confidential information if requested to do so by you or us. The arbitrator will apply applicable substantive law consistent with the FAA and applicable statutes of limitations, will honor claims of privilege recognized at law, and will have the power to award to a party any damages or other relief provided for under applicable law. You or we may choose to have a hearing and be represented by counsel. The arbitrator will make any award in writing and, if requested by you or us, will provide a brief statement of the reasons for the award. An award in arbitration shall determine the rights and obligations between the named parties only, and only in respect of the Claims in arbitration, and shall not have any bearing on the rights and obligations of any other person, or on the resolution of any other dispute.

• **Who pays?** Whoever files the arbitration pays the initial filing fee. If we file, we pay; if you file, you pay, unless you get a fee waiver under the applicable rules of the arbitration firm. If you have paid the initial filing fee and you prevail, we will reimburse you for that fee. If there is a hearing, we will pay any fees of the arbitrator and arbitration firm for the first day of that hearing. All other fees will be allocated as provided by the rules of the arbitration firm and applicable law. However, we will advance or reimburse your fees if the arbitration firm or arbitrator determines there is good reason for requiring us to do so, or if you ask us and we determine there is good reason for doing so. Each party will bear the expense of that party's attorneys, experts, and witnesses, and other expenses, regardless of which party prevails, but a party may recover any

15

Exhibit A - Page 29

or all expenses from another party if the arbitrator, applying applicable law, so determines.

• **Who can be a party?** Claims must be brought in the name of an individual person or entity and must proceed on an individual (non-class, non-representative) basis. The arbitrator will not award relief for or against anyone who is not a party. If you or we require arbitration of a Claim, neither you, we, nor any other person may pursue the Claim in arbitration as a class action, private attorney general action or other representative action, nor may such Claim be pursued on your or our behalf in any litigation in any court. Claims, including assigned Claims, of two or more persons may not be joined or consolidated in the same arbitration. However, applicants, co-applicants, authorized users on a single account and/or related accounts, or corporate affiliates are here considered as one person.

• **When is an arbitration award final?** The arbitrator's award is final and binding on the parties unless a party appeals it in writing to the arbitration firm within fifteen days of notice of the award. The appeal must request a new arbitration before a panel of three neutral arbitrators designated by the same arbitration firm. The panel will consider all factual and legal issues anew, follow the same rules that apply to a proceeding using a single arbitrator, and make decisions based on the vote of the majority. Costs will be allocated in the same way they are allocated for arbitration before a single arbitrator. An award by a panel is final and binding on the parties after fifteen days has passed. A final and binding award is subject to judicial review and enforcement as provided by the FAA or other applicable law.

### *Survival and Severability of Terms:*

• This arbitration provision shall survive: (i) termination or changes in the Agreement, the account, or the relationship between you and us concerning the account; (ii) the bankruptcy of any party; and (iii) any transfer, sale or assignment of your account, or any amounts owed on your account, to any other person or entity. If any portion of this arbitration provision is deemed invalid or unenforceable, the entire arbitration provision shall not remain in force. No portion of this arbitration provision may be amended, severed, or waived absent a written agreement between you and us.

© 2006 Citibank (South Dakota), N.A.
Citi with Arc Design is a registered service mark of Citicorp.

CBCRICA                                                         10/06