**NOTE CHANGES MADE BY THE COURT**

E-FILED: 7/21/2015

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSS SMALL, and individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CITIBANK, N.A., a bank, PRO CONSULTING SERVICES, INC., a corporation, MCCARTHY, BURGESS & WOLFF,<br><br>　　　　Defendants. | Case No. 5:15-cv-00707-PSG-SP<br><br>Assigned to the Hon. Philip S. Gutierrez<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATION REGARDING ARBITRATION**<br><br>Action Filed: April 10, 2015 |

---

STIPULATION REGARDING ARBITRATION
Case No. 5:15-cv-00707-PSG-SP

LA 51890949

## **ORDER**

Having reviewed the Stipulation Regarding Arbitration (the "Stipulation") filed by plaintiff Ross Small ("Plaintiff"), on the one hand, and defendants Citibank, N.A., Pro Consulting Services Inc. and McCarthy, Burgess & Wolff (collectively, "Defendants"), on the other, the Court hereby **GRANTS** the Stipulation and **ORDERS** that all claims by Plaintiff against Defendants shall be submitted to arbitration before the American Arbitration Association pursuant to the arbitration provision contained in the Agreements attached to the Stipulation. The action against Citibank shall be stayed pending completion of the arbitration proceedings. **This case is administratively closed and may be reopened upon request of any party. IT IS SO ORDERED.**

Date: 7/20/2015

PHILIP S. GUTIERREZ
HON. PHILIP S. GUTIERREZ
U.S. DISTRICT COURT JUDGE

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

LA 51890949

1

STIPULATION REGARDING ARBITRATION
Case No. 5:15-cv-00707-PSG-SP