**ROBINSON BRADFORD LLP**
Matthew C. Bradford, Esq. – SBN 196798
Marc B. Robinson, Esq. – SBN 119364
3439 Brookside Road, Suite 210
Stockton, CA  95219
Telephone:  (209) 954-9001
Facsimile:   (209) 954-9091
matthew@robinsonbradford.net

**TRAHAN LAW GROUP**
Ivan Trahan, Esq. – SBN 75143
43471 Ridge Park Drive, Suite A
Temecula, CA 92590
Telephone: (951) 693-2080
Facsimile: ( 951) 257-5805
bkattorneyu@earthlink.net

Attorney for Plaintiff,
Ross Small

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSS SMALL,<br><br>            Plaintiff,<br><br>vs.<br><br>CITIBANK, N.A.<br><br>            Defendant. | CASE NO.: 5:15-CV-00707-PSG-SPx<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT** |

**TO THE COURT:**

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff ROSS SMALL by and through his respective counsel of record hereby request dismissal of the entire action with prejudice.  Defendant CITIBANK, N.A. by and through their counsel of record, hereby stipulates to Plaintiff's request. Each of the undersigned parties agrees that it shall bear its own costs and attorney's fees associated with this matter.

DATED: August 30, 2016  ROBINSON BRADFORD LLP

By: /S/ Matthew C. Bradford
　　Matthew C. Bradford, Esq.

　　Attorneys for Plaintiff, ROSS SMALL

DATED: August 30, 2016  STROOCK

By: /S/ Marc D. Sasso
　　Marcos D. Sasso, Esq.

　　Attorneys for Defendant, CITIBANK, N.A.

STIPULATION FOR DISMISSAL PURSUANT TO SETTLEMENT AND ORDER

**CERTIFICATE OF SERVICE**

I hereby certify that on August 30, 2016, a copy of the foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT** was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

　　　　　　　　　　　　　　　　　　　　　*/s/ Marcos D. Sasso*
　　　　　　　　　　　　　　　　　　　　　　Marcos D. Sasso