**ROBINSON BRADFORD LLP**
Matthew C. Bradford, Esq. – SBN 196798
Marc B. Robinson, Esq. – SBN 119364
3439 Brookside Road, Suite 210
Stockton, CA 95219
Telephone: (209) 954-9001
Facsimile: (209) 954-9091
matthew@robinsonbradford.net

**TRAHAN LAW GROUP**
Ivan Trahan, Esq. – SBN 75143
43471 Ridge Park Drive, Suite A
Temecula, CA 92590
Telephone: (951) 693-2080
Facsimile: ( 951) 257-5805
bkattorneyu@earthlink.net

Attorney for Plaintiff,
Ross Small

E-FILED: 09/02/2016

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSS SMALL,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CITIBANK, N.A.<br><br>　　　　　Defendant. | CASE NO.: 5:15-CV-00707-PSG-SPx<br><br>**ORDER FOR DISMISSAL** |

　　　The Court, having considered the Stipulation for Dismissal with Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) filed jointly by the parties in this action, finds that this action should be dismissed with prejudice.

DATED: ~~August 30, 2016~~ 9/2/16　　　By: _____
　　　　　　　　　　　　　　　　　　　**PHILIP S. GUTIERREZ**
　　　　　　　　　　　　　　　　　　　United States District Court Judge

1

ORDER FOR DISMISSAL

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2016, a copy of the foregoing **ORDER FOR DISMISSAL** was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

                                                */s/ Marcos D. Sasso*
                                                  Marcos D. Sasso